UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:  ABEL ACUNA, JR.  
      SS# XXX-XX-2086

      SOILA ACUNA  
      SS# XXX-XX-9764

CASE NO.: 10-07819-swd  
HON. SCOTT W. DALES  
CHAPTER 13

## DEBTORS' FIRST POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

Now come the Debtors and hereby amend their Chapter 13 Plan to strike from Article I, Paragraph 1 and Article II, Paragraph 7, the provisions contained therein and substitute in place and stead the following:

I. PROPERTIES AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE TRUSTEE

The Debtors submit the following to the supervision and control of the Trustee.

1. Future earnings or income of: $449.00 per month with the first payment being due 30 days after the entry of the Order for Relief filed in this case. In addition to the aforementioned monthly payments, Debtors will list and sell Lot 19, Anderson Road, Montague, Michigan within 3 years from the date of confirmation and remit all non-exempt proceeds to the Chapter 13 Trustee to complete their Chapter 13 Plan within 60 months.

II. TREATMENT OF CLAIMS

7. Allowed unsecured claims not otherwise referred to in the Plan shall be treated as follows:
Unsecured claims are one class and shall be paid a pro-rata share of the base to unsecured in an amount of $8,349.88 plus the net proceeds from the sale of Lot 19, Anderson Road, Montague, Michigan. Debtors will not list Lot 18 for sale as indicated in Debtors' previous amendment to Chapter 13 Plan due to the fact that, based upon the report on comparable properties obtained during the sale of Lot 19, Debtors' exemption in Lot 18 would exceed the amount of proceeds Debtors would receive from the sale of Lot 18. Current and additional administrative claims will not reduce the base to allowed unsecured claims below the dividend to allowed unsecured claims as stated above.

In all other respects, Debtors' proposed Chapter 13 Plan shall remain unaltered.

Dated: 5-20-2013      /s/ _____  
                               Abel Acuna, Jr.

Dated: 5-20-2013      /s/ _____ 5-20-2013  
                               Soila Acuna